DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MARJA-LIISA OVERBECK (CABN 261707)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-6809
     FAX: (415) 436-7234
     mari.overbeck@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JERRY SMITH,<br><br>    Defendant. | NO. 3:20-mj-70564-LB<br><br>STIPULATED ORDER CONTINUING PRELIMINARY HEARING DATE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |

Defendant Jerry Smith appeared before the Court on September 18, 2020 for an initial appearance in the above-captioned case. At that time, the Court set the matter for a detention hearing and status on arraignment/preliminary hearing for September 25, 2020 at 10:30 a.m. The parties now ask for an exclusion of time until October 22, 2020 for the reasons identified below.

    1. Since Mr. Smith's initial appearance, the government has produced discovery to the defendant's counsel in this matter, and defense counsel is in the process of reviewing this discovery and discussing it with Mr. Smith in order to prepare a defense. The government also has proposed a potential pre-indictment resolution in this matter, which Mr. Smith and his counsel are in the process of reviewing.

STIPULATION TO EXCLUDE TIME AND ORDER
Case No. 3:20-mj-70564-LB

1       2.      The parties believe that failure to grant the continuance would deny Mr. Smith and his

2   counsel reasonable time necessary for effective preparation, taking into account the exercise of due

3   diligence and their availability.  As such, undersigned counsel request a new hearing date of October 22,

4   2020.

5       3.      Defense counsel represents that her client understands that he has a right under 18 U.S.C.

6   § 3161(b) to be charged by information or indictment with the offense alleged in the pending criminal

7   complaint and that her client knowingly and voluntarily waives that right and agrees to continue to

8   exclude the time to be charged by indictment/information through October 22, 2020.  Defense counsel

9   further represents that her client knowingly and voluntarily waives the timing for preliminary hearing

10  under Federal Rule of Criminal Procedure 5.1 through October 22, 2020.  This waiver of time will allow

11  time for defense counsel to review the discovery with Mr. Smith and will additionally allow the parties

12  to continue to attempt to resolve this matter pre-indictment.

13      4.      For purposes of computing the date under Rule 5.1 of the Federal Rules of Criminal

14  Procedure for preliminary hearing, and the date under the Speedy Trial Act by which defendants must be

15  charged by indictment or information, the parties agree that the time period of September 25, 2020, to

16  October 22, 2020, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i)

17  and (h)(7)(B)(iv), on the basis that: (i) the ends of justice served by the continuance outweigh the best

18  interest of the public and defendant in the filing of an information or indictment within the period

19  specified in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny

20  defense counsel the reasonable time necessary for effective preparation, taking into account the exercise

21  of due diligence and the availability of defense counsel.  The parties agree that timing for a preliminary

22  hearing under Rule 5.1 should additionally be waived for this same period.

23      5.      Nothing in this stipulation shall preclude a finding that other provisions of the Speedy

24  Trial Act dictate that additional time periods be excluded from the period within which an information

25  or indictment must be filed.

26      The undersigned Assistant United States Attorney certifies that she has obtained approval from

27  counsel for the defendant to file this stipulation and proposed order.

28  ///

STIPULATION TO EXCLUDE TIME AND ORDER
Case No. 3:20-mj-70564-LB

1    IT IS SO STIPULATED.

2    DATED: 9/25/2020                          _____/s/    Mari Overbeck_____
                                              MARJA-LIISA OVERBECK
3                                             Assistant United States Attorney

4
     DATED: 9/25/2020                          _____/s/    Joyce Leavitt_____
5                                             JOYCE LEAVITT
                                              Counsel for Defendant Jerry Smith
6

7

8                                        **ORDER**

9          The Court has read and considered the Stipulation Regarding Request for (1) Continuance of

10   Hearing Date and (2) Findings of Excludable Time Period Pursuant to Speedy Trial Act, filed by the

11   parties in this matter.  The Court hereby finds that the Stipulation, which this Court incorporates by

12   reference into this Order, demonstrates facts that support a continuance in this matter, and provides good

13   cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, as well as to

14   waive the timing for preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure.

15         The Court further finds that: (i) the ends of justice served by the continuance outweigh the best

16   interest of the public and defendant in the filing of an information or indictment within the time period

17   set forth in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny

18   defense counsel the reasonable time necessary for effective preparation, taking into account the exercise

19   of due diligence and the availability of defense counsel.

20         THEREFORE, FOR GOOD CAUSE SHOWN: IT IS SO ORDERED.

21         The status on hearing for preliminary hearing and arraignment in this matter currently is

22   continued to 10:30 a.m. on October 22, 2020.  The time period of September 25, 2020 to October 22,

23   2020, inclusive, is excluded in computing the time within which an information or indictment must be

24   filed under 18 U.S.C. § 3161(b) pursuant to the provisions of 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),

25   and (B)(iv), and timing for preliminary hearing under Rule 5.1 of the Federal Rules of Criminal

26   Procedure is waived for that period.

27   ///

28   ///

STIPULATION TO EXCLUDE TIME AND ORDER
Case No. 3:20-mj-70564-LB

1    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act

2  dictate that additional time periods are excluded from the period within which an information or

3  indictment must be filed.

4

5  DATED: ___9/28/2020_____

                                        IT IS SO ORDERED

                                        _____
6                                       HON. DONNA M. RYU
                                        United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXCLUDE TIME AND ORDER
Case No. 3:20-mj-70564-LB